[Nos. 58689-1-I; 59871-6-I.   Division One.   June 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STACI LYNETTE HADLEY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 06-1-02550-1, Nicole MacInnes, J., entered August 4, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 58807-9-I.   Division One.   June 16, 2008.]

CHARLES A. KIMBROUGH, *Appellant*, v. ROBERT R. FOULON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-06009-5, Paris K. Kallas, J., entered August 11, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 58902-4-I.   Division One.   June 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EUGENE DENNIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05545-1, Douglas D. McBroom, J., entered August 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58969-5-I.   Division One.   June 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RATANNY CHHOEUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07368-0, Nicole MacInnes, J., entered April 4, 2006. *Affirmed* by unpublished per curiam opinion.